IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**ROY GOODMAN**,<br><br>　　　　　Defendant. | CRIMINAL No. 18-2206 JCH<br><br>Counts 1 – 2: 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4) Threatening to Assault or Murder a Federal Bureau of Investigations Special Agent & an Assistant United States Attorney<br><br>Counts 3 – 4:  18 U.S.C. § 875(c): Use of Interstate Commerce to Transmit Threat |

INDICTMENT

The Grand Jury charges:

Count 1

On or about March 15, 2018, at or near Roswell, in the District of New Mexico, Roy Goodman, did threaten to assault or murder L.C., a Federal Bureau of Investigations Special Agent, with intent to impede, intimidate, and interfere with L.C., while L.C. was engaged in the performance of L.C.'s official duties, and with intent to retaliate against L.C. on account of the performance of L.C.'s official duties, by stating at least twice that he was going to "kill the police," and specifically to L.C.: "If I see you, I'm going to try to hurt you."

In violation of Title 18, United States Code, §§ 115(a)(1)(B) and (b)(4).

/ / /

Count 2

On or about March 15, 2018, at or near Roswell, in the District of New Mexico, Roy Goodman, did threaten to assault or murder S.M., an Assistant United States Attorney, with intent to impede, intimidate, and interfere with S.M., while S.M. was engaged in the performance of S.M.'s official duties, and with intent to retaliate against S.M. on account of the performance of S.M.'s official duties, by stating "The day I have contact with you is the day that we all gonna die, because of the post traumatic stress disorder."

In violation of Title 18, United States Code, §§ 115(a)(1)(B) and (b)(4).

Count 3

On or about March 15, 2018, within the District of New Mexico and elsewhere, Roy Goodman knowingly and willfully did transmit in interstate and foreign commerce, through the use of a cell phone, transmitted in interstate commerce a communication, to L.C., a threat to injure L.C., by stating at least twice that he was going to "kill the police," and specifically to L.C.: "If I see you, I'm going to try to hurt you."

In violation of Title 18, United States Code, § 875(c).

/ / /

## Count 4

On or about March 15, 2018, within the District of New Mexico and elsewhere, Roy Goodman knowingly and willfully did transmit in interstate and foreign commerce, through the use of a cell phone, transmitted in interstate commerce a communication, and left a message for S.M., a threat to injure S.M., stating "The day I have contact with you is the day that we all gonna die, because of the post traumatic stress disorder."

In violation of Title 18, United States Code, § 875(c).

A TRUE BILL

s/
_____
FOREPERSON OF THE GRAND JURY

s/
_____
Special Attorney to the Attorney General